POMPTON STATIONERY CORP., RESPONDENT, v. PASSAIC COUNTY NEWS CO., INC., APPELLANT.

Submitted May 29, 1942—Decided September 18, 1942.

For the respondent, *Schwartz & Schwartz.*

For the appellant, *A. Victor Koch (Paul Rittenberg,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, DONGES, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ.   12.

*For reversal*—None.